IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WHEELER,<br><br>Defendant, | CASE NO.  2:20-MC-00182-EFB<br><br>**[~~PROPOSED~~] ORDER GRANTING THE UNITED STATES' APPLICATION FOR A FINAL ORDER OF CONTINUING WAGE GARNISHMENT** |
| SHALLEY-DIBBLE, INC., doing business as THE ENGINEERING ENTERPRISE (and its Successors and Assignees),<br><br>Garnishee. | |

Pending before the Court is the United States' application for a final order of continuing garnishment of the wages (Application) garnishee Shalley-Dibble, Inc., dba the Engineering Enterprise (Engineering Enterprise) pays to defendant Jesse Wheeler (Wheeler).  Wheeler has not filed an opposition to the Application, requested a hearing in, nor otherwise objected to, this garnishment action.

The District Judge reassigned this case to the undersigned Magistrate Judge for all further proceedings and entry of final judgment.  ECF No. 12.  The Court, having reviewed the court files and the United States' Application, finds that: 1. All conditions to the issuance of a final order of garnishment against the wages Engineering Enterprise pays Wheeler are satisfied; and 2. A final order directing Engineering Enterprise's disposition of Wheeler's wages is warranted pursuant to 28 U.S.C. 3205(c)(7).

Accordingly, and good cause appearing therefrom, the Court ORDERS as follows:

1.      The United States' Application is GRANTED.

ORDER

1

2.      The non-exempt disposable earnings, wages, commissions, bonuses, and compensation (Wages) Engineering Enterprise pays Wheeler are GARNISHED.

3.      The United States is ENTITLED to recover the ten percent (10%) litigation surcharge authorized under 28 U.S.C. § 3011(a) in addition to Wheeler's unpaid judgment balance.  The United States may collect the litigation surcharge once the unpaid judgment balance is fully satisfied.

4.      Engineering Enterprise shall DELIVER, within thirty (30) days from the date this Order is signed, a cashier's check or money order to the Clerk of Court for the United States District Court in the amount representing the twenty-five percent (25%) Engineering Enterprise has been withholding from Wheeler's Wages from July 14, 2020, the date Engineering Enterprise acknowledged receipt of the Application, through the signing date of this order.

5.      Thereafter, Engineering Enterprise shall CONTINUE TO PAY to the Clerk of Court 25% of each of Wheeler's paychecks until the earlier of his full payment of his unpaid judgment and the litigation surcharge, termination of his employment at Engineering Enterprise, or further court order.

6.      Engineering Enterprise shall MAKE its garnishment payments payable to the **Clerk of Court** and DELIVER the payments to the Clerk of Court, United States District Court, 501 I Street, Suite 4-200, Sacramento, CA 95814.  Engineering Enterprise shall STATE the docket number on the payment instrument (U.S. v. Wheeler, Case No. 2:11-CR-00504-WBS) and, if it desires a payment receipt, shall include a self-addressed envelope with its payment.

7.      Engineering Enterprise shall NOTIFY Grace Nelson of the United States Attorney's Office, Eastern District of California, Financial Litigation Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721 (telephone 559.497.4030) of any change in Wheeler's employment status within 30 days of the change.

8.      The Court shall RETAIN jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:  October 8, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE