IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WHEELER,<br><br>Defendant, | CASE NO. 2:20-MC-00182-EFB<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>[No Hearing Requested] |
| SHALLEY-DIBBLE, INC., doing business as THE ENGINEERING ENTERPRISE (and its Successors and Assignees),<br><br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment previously issued against Debtor, Jesse Wheeler, on July 10, 2020, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

///

///

IT IS SO ORDERED.

Dated: April 1, 2022.

EDMUND F. BRENNAN
United States Magistrate Judge